# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **KAREN WARREN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 4:08-CV-898-VEH |
| | ) |
| **NIAGARA CREDIT SOLUTIONS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## **O R D E R**

Pursuant to the Notice of Settlement filed on September 29, 2008, it is **ADJUDGED** that all claims brought by Plaintiff, Karen Warren, against Defendant, Niagara Credit Solutions, Inc., are hereby **DISMISSED WITH PREJUDICE**; subject, however, to the right of any party to reopen the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment. Each party to bear their own costs.

**DONE** and **ORDERED** this 29th day of September, 2008.

**VIRGINIA EMERSON HOPKINS**
United States District Judge